PROB 12B
(7/93)

Report Date: December 6, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Nathan A Hill               Case Number: 2:05CR02138-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 9/6/2006           Type of Supervision: Supervised Release

Original Offense: Assault With a Dangerous Weapon,    Date Supervision Commenced: 8/13/2007
18 U.S.C. § 113(a)(3)

Original Sentence: Prison - 10 Months; TSR - 24       Date Supervision Expires: 8/12/2009
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

20   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

### CAUSE

The petition for modification in the conditions of supervised release is made at the request of this officer and as agreed to by Mr. Hill, as noted in the attached waiver signed by the defendant. The basis for the request is due to Mr. Hill being cited for driving under the influence of alcohol on November 6, 2007, by the Pendleton Police Department in Pendleton, Oregon. Mr. Hill is currently seeking a drug and alcohol evaluation and has agreed to comply with treatment recommendations. This officer is not asking for action at this time, however, if the defendant continues to violate conditions of his release, Court action will be requested. Mr. Hill was advised of the potential impact such a condition could have on his supervision, and he acknowledged this understanding verbally and with his signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 6, 2007

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

DEC 11 2007

Date